UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGIO A. JIMENEZ,

          Plaintiff,

    v.

BASS, et al.,

          Defendants.

Case No. 24-cv-06428-HSG

**ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO COMPLY WITH GENERAL ORDER NO. 76**

On September 12, 2024, the Court received a *pro se* civil rights complaint and other case-initiating documents from Plaintiff via postal mail. Dkt. No. 1. The Court informed Plaintiff that, pursuant to the Northern District of California's General Order No. 76 ("GO 76"), prisoners within the custody of the California Department of Corrections and Rehabilitations ("CDCR") are required to submit to the Court case-initiating documents for civil rights cases via electronic mail. Dkt. No. 1. Plaintiff was instructed to resubmit the case-initiating documents – here, the complaint and *in forma pauperis* application – via electronic mail by September 26, 2024, or face dismissal of this action. Dkt. No. 1. The deadline to comply with GO 76 has passed, and Plaintiff has not complied with GO 76. In the interests of justice, the Court *sua sponte* GRANTS Plaintiff a second extension of time to November 22, 2024, to comply with GO 76's electronic filing obligations. The Court has sent Plaintiff a courtesy copy of his complaint and *in forma pauperis* application under separate cover.

    **IT IS SO ORDERED.**

Dated: 11/7/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California