United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO A. JIMENEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BASS, et al.,<br><br>    Defendants. | Case No. 24-cv-06428-JST<br><br>**ORDER OF DISMISSAL** |

On September 12, 2024, the Court received a pro se civil rights complaint and other case-initiating documents from Plaintiff via postal mail. ECF No. 1. The Court informed Plaintiff that, pursuant to the Northern District of California's General Order No. 76, prisoners within the custody of the California Department of Corrections and Rehabilitations ("CDCR") are required to submit to the Court case-initiating documents for civil rights cases via electronic mail. ECF No. 1. Plaintiff was instructed to resubmit the case-initiating documents via electronic mail by September 26, 2024, or face dismissal of this action. ECF No. 1. On November 7, 2024, the Court granted Plaintiff an extension of time November 22, 2024, to submit his case-initiating documents by electronic mail. ECF No. 6. Court staff mailed Plaintiff copies of his case-initiating documents via postal mail to assist him in complying with General Order No. 76's electronic filing requirement.

The deadline to comply with General Order No. 76 passed over two months ago. Plaintiff has neither complied with General Order No. 76 nor communicated with the Court. Accordingly, the Court DISMISSES this case without prejudice. Plaintiff may request that this action be reopened. Any request to reopen this action must be accompanied by submission of the case-initiating documents by electronic mail, and a showing of good cause as to the failure to comply

1   with General Order No. 76 in the time set forth by the Court.  Judgment is entered in favor of

2   Defendants and against Plaintiff.  The Clerk shall close the case.

3   **IT IS SO ORDERED.**

4   Dated:  January 30, 2025



JON S. TIGAR
United States District Judge