UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGIO A. JIMENEZ,

            Plaintiff,

    v.

BASS, et al.,

            Defendants.

Case No. 24-cv-06428-JST

**ORDER DENYING WITHOUT PREJUDICE REQUEST TO REOPEN**

Re: ECF No. 14

On June 8, 2026, the Court received a pleading from Plaintiff in this closed case. ECF No. 14. In this pleading, Plaintiff requests a status update. *Id.* The Court construes this pleading as a request to reopen this case because Plaintiff states that he did not intend to dismiss this case. *Id.* For the reasons set forth below, the Court DENIES the request to reopen without prejudice to Plaintiff filing a renewed request to reopen this action by resubmitting his case-initiating documents via electronic mail.

**DISCUSSION**

*Background*. On September 12, 2024, the Court received a *pro se* civil rights complaint and other case-initiating documents from Plaintiff via postal mail. ECF No. 1. The Court informed Plaintiff that, pursuant to the Northern District of California's General Order No. 76, prisoners within the custody of the California Department of Corrections and Rehabilitations ("CDCR") are required to submit to the Court case-initiating documents for civil rights cases via electronic mail. ECF No. 1. General Order No. 76 requires prisoner-plaintiffs housed at Correctional Training Facility, Pelican Bay State Prison, Salinas Valley State Prison, and San Quentin State Prison to file their case-initiating documents by electronic mail. *See* N.D. Cal. Order No. 76; United States District Court Northern District of California, Forms for Prisoners,

https://cand.uscourts.gov/rules-forms-fees/forms/forms-prisoners (last visited Jun. 17, 2026). Plaintiff was instructed to resubmit the case-initiating documents via electronic mail by September 26, 2024, or face dismissal of this action.  ECF No. 1.

On November 7, 2024, the Court granted Plaintiff an extension of time November 22, 2024, to submit his case-initiating documents by electronic mail.  ECF No. 6.  Court staff mailed Plaintiff copies of his case-initiating documents via postal mail to assist him in complying with General Order No. 76's electronic filing requirement.  The Court did not receive a response from Plaintiff.

On January 30, 2025, the Court dismissed this case without prejudice for failure to comply with General Order No. 76, and entered judgment in favor of Defendants.  ECF Nos. 11, 12.  On February 12, 2025, two weeks after the dismissal of this case, the Court received a pleading from Plaintiff indicating that he agreed to having Case No. 24-cv-6667 JST, *Segura v. Bass*, serve as the bellwether case and to the adoption of the deadlines proposed in the Court's January 30, 2025 Order.  ECF No. 13.  No other pleadings were received from Plaintiff until over a year later, when Plaintiff filed the June 8, 2026 request for status update addressed in this order.

*Denying Request without Prejudice*.  The Court DENIES the request to reopen because Plaintiff has not addressed the deficiency that required the closure of the case: the failure to file the case-initiating documents by electronic mail as required by General Order No. 76.  ECF No. 14.  The denial is without prejudice to Plaintiff filing a renewed request to reopen this action by resubmitting his case-initiating documents via electronic mail.

*Directions to Plaintiff*.  If Plaintiff wishes to reopen this case, he should submit the case-initiating documents by electronic mail.  To assist Plaintiff in meeting the requirements set forth by General Order No. 76, the Court has provided Plaintiff with a copy of his case-initiating documents under separate cover.

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

**CONCLUSION**

For the reasons set forth above, the Court DENIES Plaintiff's request to reopen this action. ECF No. 14.  The denial is without prejudice to Plaintiff filing a renewed request to reopen this action by resubmitting his case-initiating documents via electronic mail.  This case remains closed.

This order terminates ECF No. 14.

**IT IS SO ORDERED.**

Dated:  June 18, 2026



JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

3