UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO A. JIMENEZ,<br>Plaintiff,<br>v.<br>BASS, et al.,<br>Defendants. | Case No. 24-cv-06428-JST<br>**ORDER OF DISMISSAL** |

Plaintiff filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On November 4, 2026, the parties filed a stipulation for voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), which states as follows:

> Plaintiff Michael Brown and Defendant C. Bass, E. Simpson, and M. Taylor, have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 4l(a)(l)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.
>
> It is so stipulated.

Dkt. No. 25. The stipulation is signed by both Plaintiff and counsel for Defendants. *Id.* Accordingly, IT IS HEREBY ORDERED that this entire action and Defendants are DISMISSED WITH PREJUDICE. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: November 19, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California